

NUMBER 13-13-00019-CR

# COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

LAWRENCE BENNY BROWN JR.,                                    Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On Appeal from the 24th District Court
### of Victoria County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Lawrence Benny Brown Jr., attempts to appeal the trial court's order of

October 2, 2012 correcting the court reporter's record.  On January 11, 2013, the Clerk

of this Court notified appellant that it appeared that the order from which the appeal was

taken was not an appealable order, and requested correction of this defect within ten days or the appeal would be dismissed.

Appellant's counsel responded, outlining the procedural history in which the Court affirmed a judgment in another appeal *Lawrence Benny Brown Jr. v. The State of Texas*, Cause No. 13-11-00595-CR, 2012 Tex. App. LEXIS 7007, *1-*2 (Tex. App.–Corpus Christi Aug. 21, 2012, pet. filed). The Order to Correct Reporter's Record signed on October 2, 2012 appears to be related to Cause No. 13-11-00595-CR which was affirmed without the corrected reporter's record. Counsel's response confirms that there is not an appealable judgment.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of February, 2013.

2